UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                :

L.S.M.,                              :

                 Petitioner,       :         26-CV-00942 (JAV)

      -v-                    :          ORDER

                                :

KENNETH GENALO, et al.,      :

               Respondents.   :

-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:


It is hereby ORDERED that the Clerk of Court enter judgment consistent with the

Court's Memorandum Opinion and Order dated February 6, 2026. ECF No. 10. The Clerk of

Court is directed to close the case.


      SO ORDERED.

Dated: March 17, 2026
      New York, New York              _____
                                   JEANNETTE A. VARGAS
                                   United States District Judge