**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
L.S.M.,

                           Petitioner,               26 **CIVIL** 0942 (JAV)

        -against-                           **JUDGMENT**

KENNETH GENALO, et al.,

                           Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 6, 2026 and Order dated March 17, 2026, the Petition is GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
          March 18, 2026

                              **TAMMI M. HELLWIG**
                           _____
                             **Clerk of Court**

               **BY:**
                       _____
                             **Deputy Clerk**