UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| L.S.M., Petitioner, -v- KENNETH GENALO, et al., Respondents. | : | 26-CV-00942 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of Court is respectfully directed to substitute, as the successors in office, Kenneth Genalo for LaDeon Francis, Markwayne Mullin for Kristi Noem, David J. Venturella for Todd Lyons, and Todd Blanche for Pamela Bondi. The Clerk of Court is also directed to amend the case caption.

SO ORDERED.

Dated: September 18, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge